(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____ **14-cv-24648-Gayles/Turnoff**

Luis Tamayo and
Samuel Tamayo,

_____
Plaintiff(s)



FILED by ____ D.C.

DEC 09 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

v.

Capital One Services &
Capital One Corporation,
Et. Al.,

_____
Defendant(s)

## Complaint for False Statements & Fraudulent Debt Collection Practices
*(TITLE OF DOCUMENT)*

I, Luis Tamayo & Samuel Tamayo plaintiff for defendant, in the above styled cause, Bring this action against the defendants, Capital One Services & Capital One Corporation, Et. Al., Pursuant to the Provisions of the Federal Debt Collection Act (FDCPA), Title 15 USC § 1692 Et. Seg., and the Fair Credit Reporting Act, Title 15 USC § 1681 Et. Seg.

Defendants Capones (Capital One & Capital One Services) Basically have been informing the three (3) main Credit Report Agencies of Corporation Accounts Debts unrelated and not secured by the Plaintiffs' Individual Credits.

Damage occurred pursuant to the above Violations to the Plaintiffs' Individual Credits as shown in the Attached Complaint.

PAGE 1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CIVIL ACTION

CASE NO. _____

LUIS TAMAYO AND SAMUEL TAMAYO,

 PLAINTIFFS,

VS

CAPITAL ONE SERVICES AND CAPITAL ONE
CORPORATION, ET. AL.,

DEFENDANTS.

_____/

I

COMPLAINT FOR FALSE STATEMENTS AND FRAUDULENT
DEBT COLLECTION PRACTICES

_____

1.   AND COMES NOW, PLAINTIFFS, LUIS TAMAYO, AND SAMUEL (POA)(EX. A) PRO SE,
WHOM FILE THEIR COMPLAINT AGAINST DEFENDANTS, CAPITAL ONE SERVIVES AND
CAP[ITAL ONE CORPORATION, FOR FALSE STATEMENTS AND FAUDULENT DEBT
COLLECTIONS, RE[PRTED TP THE TJREE (3) MAIN CREDIT REPORTING AGENCIES
(PLAINTIFFS RESERVE THEIR RIGHTS TO INCLUDE IN AMENDED COMPLAINT EQUIFAX,
EXXPERIAN AND TRANSUNION AGENCIES), FROM DEBTS IONCURRED AT A
CORPORATION LEVEL, NAMED C.A. TRUCKS & HEAVY EQUIPMENT, INC., WHILE IN THE
TREADING BUSINESS.

II

JURISDICTION OF THIS COURT

_____

2.   THE JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO THE PROVISIONS OF THE FDCPA
(FEDERAL DEBT COLLECTION PRACTICES ACT) TITLE 15 USC  SEC. 1692 ET.. SEQ.

· PAGE # 2

## III
## VENUE

_____

3.  VENUE IS PROPER IN THIS ACTION WHERE THE PARTIES, LUIS TAMAYO, PRESIDENT OF C.A. TRUCKS AND SAMUEL TAMAYO, VICE PRESIDENT OF C.A. TRUCKS FILED THEIR BANKRUPTCY PETITION AND WHERE THE CORPORATION WAS CREATED AND EXISTS IN THE STATE OF FLORIDA, CITY OF HIALEAH, AND WHERE THE BK (BANKRUPTCY) IS PENDING, CASE NO. 14-22425-LMI.

## IV
## PARTIES

_____

4.  THE PARTIES TO THIS ACTION ARE PLAINTIFFS, LUIS TAMAYO AND SAMUEL TAMAYO, (REPRESENTED BY LAWYER IN FACT BY LUIS TAMAYO, BY POA) PRESIDENT AND VICE PRESIDENT OF C.A. TRUCKS, AND DEFENDANTS CAPITAL ONE SERVICES AND CAPITAL ONE CORPORATION.

## V
## CAUSE OF ACTION

_____

5.  THIS ACTION IS GROUNDED UNDER THE AUSPICES OF FDCPA (FEDERAL DEBT COLLECTION PRACTICES ACT OF TITLE 15 USC SEC. 1692 ET. SEQ.

6.  PLAINTIFFS ARE THE OWNERS AND OFFICERS OF C.A.TRUCK, A FLORIDA CORPORATION. ON MAY 30, 2014, PLAINTIFFS FILED FOR BANKRUPTCY IN THE SOUTHERN DISTRICT OF FLORIDA, BK COURT, CASE # 14-22425-LMI. CAPITAL ONE WAS ONE OF DEBTORS INCLUDED IN THE BK PROCEEDINGS.

7.  CAPONE (CAPITAL ONE) NEVER ANSWERED, OPPOSSED OR SHOWED UP TO INTERVINE AT THE BANKRUPTCY PROCEEDINGS NOR AT THE TRUSTEE HEARING.

8.  IT IS A BUSINESS DEBT.  SUDDENLY, CAPONE COMMENCED TO REPORT THE DEBT TO PLAINTIFFS' CREDIT CARD REPORTING AGENCIES IN VIOLATION OF THE FDCPA ACT.  AS A DIRECT CONSEQUENCES  APPLICATION FOR CREDIT WERE DENIED TO PLAINTIFFS (EX. B)

## VI
## THE FACTS

_____

9.  AS STATED SUPRA, PLAINTIFFS ARE THE OWNERS AND OFFICERS OF A BUSINESS CORPORATION REGISTERED IN THE STATE OF FLORIDA SINCE MAY 2004.

PAGE # 3

10.  ON MAY 30, 2014, PLAINTIFFS FILED FOR BANKRUPTCY, CAPTER 7, IN THE SOUTHERN
DISTRICT OF FLORIDA, CASE NO. 14-22425-LMI.

11.  CAPITAL ONE (CAPONE) IS ONE OF THE CREDITORS FOR C.A. TRUCKS & HEAVY EQ., INC.,
WHICH WERE LISTED IN THE BK PETITION, AND ADVISED SEVERAL TIMES OF THE BK, 7, FILED
ON MAY 30, 2014.

12.  DESPITE CAPONE WERE WELL ON NOTICE OF THE BK ACTION, DEFENDANTS SUBMITTED
CREDIT REPORTS TO THE 3 MAIN CREDIT REPORT AGENCIES (TRANSUNION, EQUIFAX AND
EXPERIAN) IN CLEAR VIOLATION OF FDCPA.

13.  AS A DIRECT CONSEQUENCE , ON OCTOBER 2014, PLANTIFF, LUIS TAMAYO, WAS DENIED A
LINE OF CREDIT FOR $ 10,000.00 DOLLARS BY          BANK BASED ON THE MISLEADING AND
FALSE INFORMATION PROVIDED BY CAPONE TO PLAINTIFF"INDIVDUAL" CREDIT ACCOUNTS.
(EX. C)

14.  ALSO, AS A DIRECT CONSEQUENCE OF ILLEGAL AND FALSE INFORMATION SUBMITTED BY
CAPONE TO THREE (3) MENTIONED CREDIT REPORT AGENCIES, ON OR ABOOUT OCTOBER 2014,
SAMUEL TAMAYO, APPLIED FOR REFINANCING HIS LIVING HOUSE IN HIS INDIVUIDAUL
CAPACITY BUT CREDIT WAS DENID BASED ON THE MISLEADING AND ILLEGAL INFORMATION
PROVIDED BY CAPONE TO THE AFORMENTIONED AGENCIES (EX. D).

15.  PLAINTIFFS FILED A MOTION FOR SANCTIONS FOR CAPONE VIOLATION OF THE
MANDATORY STAY UNDER THE BK CODE, SEC. 362 ET SEQ.

16.  HOWEVER, AT THE HEARING HELD BY HONORABLE JUDGE, LAUREL M. ISSIDOF, ON _DEC._
_01_____ , 2014, FOR VIOLATION AND SANCTIONS OF THE MANDATORY STAY, THE COURT
FOUND THAT THE CAPONE ACTIONS IN FACT INFRINGED THE INDIVIDUALS RIGHTS BUT THE
COURT LACKED JURISDICTION UPON THIS MATTER AND DIRECTED PLAINTIFFS TO FILE IN THE
PROPER FEDERAL COURT WITH JURISDICTION ON IT.

CONCLUSION

WHEREFORE, PLAINTIFFS REQUEST THIS HONORABLE COURT ASSERTS JURISDICTION UPON
PLAINTIFFS COMPLAINT AND PUT AN STOP ON THE ILLEGAL ACTIONS OF DEFENDANTS CAPONE
SERVICES AND CAPONE CORPORATION.

PAGE # 4

ALSO, PLAINTIFFS INVOKE THE PROTECTION OF THE FAIR CREDIT REPORTING ACT, TITLE 15 USC SEC. 1681 ET. SEQ., AND DEMAND, THAT:

1. DEFENDANTS CEASE TO INFORM THE CREDIT REPORTING AGENCIES OF THE ILLEGAL AND FALSE INFORMATION
2. DELETE FROM PLAINTIFFS' FILES ALL FALSE AND MISLEADING INFORMATION PROVIDED AND REFLECTED ON THEIR CREDIT REPORTS
3. SANCTIONS AGAINST DEFENDANTS AS THIS HONORABLE COURT CONSIDERS DEEMS
4. ANY OTHER REMEDY AVAILABLE UNDER THE LAW

RESPECTFULLY SUBMITTED,

LUIS TAMAYO *Luis Tamayo*

SAMUEL TAMAYO, POA *Luis Tamayo, POA*

CERTIFICATE OF SERVICE:  I DECLARE AND CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING LEGAL INSTRUMENT HAS BEEN MAILED BY US FIRST CLASS PREPOSTAGE AFFIXED THERETO TO THE DEFENDANTS' ADDRESS:

CAPITAL ONE BANK
P O BOX 71083
CHARLOTTE, NC
28272

CAPITAL ONE SERV-
P O BOX 54599
OKLAHOMA CITY,
OK 73154-
4599

DONE: THIS 09, 2014

# General Power of Attorney
## (with Durable Provision)

**APARTMENT – CONDOMINIUM – HOUSE**

**NOTICE:** THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCUMENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

TO ALL PERSONS, be it known that I, _SAMUEL TAMAYO_
of _7970 AUDUBON AV. #2   ALEXANDRIA  VA  22306_
the undersigned Principal, do hereby make and grant a general power of attorney to _LUIS G. TAMAYO_
_____, of _3311 NE 22nd AVE NAPLES FL 34120_
and do thereupon constitute and appoint said individual as my attorney-in-fact/agent.

If my Agent is unable to serve for any reason, I designate _ULDA TAMAYO_
of _6175 W 20 AV. #10C   HIALEAH FL 33012_, as my successor Agent.

My attorney-in-fact/agent shall act in my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters, to the extent that I am permitted by law to act through an agent:

(**NOTICE:** The Principal must write his or her initials in the corresponding blank space of a box below with respect to each of the subdivisions (A) through (O) below for which the Principal wants to give the agent authority. If the blank space within a box for any particular subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Cross out each power withheld.)

| | | |
|---|---|---|
| [ ST ] | (A) | Real estate transactions |
| [   ] | (B) | Tangible personal property transactions |
| [   ] | (C) | Bond, share and commodity transactions |
| [   ] | (D) | Banking transactions |
| [ ST ] | (E) | Business operating transactions |
| [   ] | (F) | Insurance transactions |
| [   ] | (G) | Gifts to charities and individuals other than Attorney-in-Fact/Agent (**If trust distributions are involved or tax consequences are anticipated, consult an attorney.**) |
| [ ST ] | (H) | Claims and litigation |
| [   ] | (I) | Personal relationships and affairs |
| [   ] | (J) | Benefits from military service |
| [   ] | (K) | Records, reports and statements |
| [   ] | (L) | Full and unqualified authority to my attorney-in-fact/agent to delegate any or all of the foregoing powers to any person or persons whom my attorney-in-fact/agent shall select |
| [   ] | (M) | Access to safe deposit box(es) |
| [   ] | (N) | To authorize medical and surgical procedures |
| [   ] | (O) | All other matters |

Page 1

© 2004, Socrates Media, LLC
LF205 • Rev. 04.04

Durable Provision:

[   ]   (P)   **If the blank space in the block to the left is initialed by the Principal, this power of attorney shall not be affected by the subsequent disability or incompetence of the Grantor.**

Other Terms: _____

_____

_____

My attorney-in-fact/agent hereby accepts this appointment subject to its terms and agrees to act and perform in said fiduciary capacity consistent with my best interests as he/she in his/her best discretion deems advisable, and I affirm and ratify all acts so undertaken.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

Signed under seal this _____ 29th _____ day of _____ July _____ 20 04

Signed in the presence of:

Witness: _____     Principal: _____

Witness: _____

Witness: _____

State of _Washington, D.C._

County of _____ }

On _07-28-04_ before me _Claus L. Ortega_ , appeared _Mr. Samuel Tamayo_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument

WITNESS my hand and official seal.

Signature _____     _____

My Commission Expires _03-14-07_     Affiant ___ Known ✓ Produced ID

Type of ID _DC VA_

(Seal)



**WELLS FARGO BANK, N.A.**
**P.O. BOX 98934**
**LAS VEGAS, NV 89193-8934**

Reference #: 20142285700406

08/24/2014

LUIS TAMAYO
6175 20TH AVE W 308
HIALEAH, FL 33012-7581

Dear LUIS TAMAYO:

Thank you for applying for credit at Wells Fargo. After careful consideration, we are unable to approve your credit request at this time for the following reason(s):

Delinquent past or present credit obligations
Serious delinquency
Time since delinquency too recent or unknown
Amount past due on accounts

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agencies listed below. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply you with specific reasons why we have denied credit to you. You have the right to a free copy of your report from the reporting agency, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report is inaccurate or incomplete, you have a right to dispute the matter with the reporting agency.

PCM AA Letter, CDP.V10 (11/2012)                                                    1/3
                                                            Documents Processed 08-24-2014 12:47:00
NA-6340-1112                                                          10/01/000/0/0/0/0/O



LUIS TAMAYO
Experian
701 Experian Parkway
P.O. Box 2002
Allen, TX 75013
1-888-EXPERIAN
(1-888-397-3742)

If you have additional information you do not believe was considered, please contact your personal banker. We understand circumstances change, and invite you to re-apply at a later time. Thank you again for the opportunity to review your credit request.

Sincerely,

Personal Credit Management

To learn more about improving your credit, please visit: **wellsfargo.com/smarter_credit**

PCM AA Letter, CDP.V10 (11/2012)                                    2/3
NA-6340-1112



005577

FINANCE USA CORPORATION
6924 C LITTLE RIVER TURNPIKE
ANNANDALE, VA 22003
7039414022

*Court*

## NOTICE TO THE HOME LOAN APPLICANT
### CREDIT SCORE INFORMATION DISCLOSURE

*SAM*

TAMAYO, SAMUEL
7415 NORTHROP ROAD
ALEXANDRIA, VA 22306

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions regarding the terms of the loan, contact the lender.

Your credit scores were provided by the following credit reporting agencies:

TRANSUNION                EQUIFAX                    EXPERIAN
PO BOX 1000               PO BOX 740241              PO BOX 2002
CHESTER, PA 19022         ATLANTA, GA 30374          ALLEN, TX 75013
800-888-4213             800-685-1111               888-397-3742
transunion.com/myoptions  www.equifax.com/fcra       www.experian.com/reportaccess

The following information about your credit scores was created on 10/11/2014.

Applicant:TAMAYO, SAMUEL
Name of Score:EQUIFAX/FICO CLASSIC V5 FACTA
Credit Score:672 Range:334-818
Key Factors affecting the score:
- SERIOUS DELINQUENCY
- PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
- TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
- AMOUNT OWED ON DELINQUENT ACCOUNTS

Applicant:TAMAYO, SAMUEL
Name of Score:TRANSUNION/FICO CLASSIC (04)
Credit Score:670 Range:300-850
Key Factors affecting the score:
- SERIOUS DELINQUENCY
- PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
- TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
- TOO MANY ACCOUNTS WITH BALANCES
- INQUIRIES IMPACTED THE CREDIT SCORE

Applicant:TAMAYO, SAMUEL

Credit Report

**Name of Score:**EXPERIAN/FAIR, ISAAC (VER. 2)
**Credit Score:**538 **Range:**320-844
**Key Factors affecting the score**
- SERIOUS DELINQUENCY
- TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
- AMOUNT PAST DUE ON ACCOUNTS
- PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
- TOO MANY INQUIRIES LAST 12 MONTHS

Credit Report                                                                    Page 7 of 15

FILE #            29246778          FNMA #        DATE COMPLETED 10/11/2014    RQD' BY    THOMAS
SEND TO           FINANCE USA CORPOR - 10020187   DATE ORDERED   10/11/2014               WOODWARD
                  8924 C LITTLE RIVER TURNPIKE     REPOSITORIES   XP/TU/EF      PRPD' BY
                  ANNANDALE, VA 22003              PRICE          $13.27        LOAN TYPE
                                                   REF. #         20141011002
PROPERTY ADDRESS

                       APPLICANT                                        CO-APPLICANT
APPLICANT         TAMAYO, SAMUEL                   CO-APPLICANT
SOC SEC #         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     DOB  3/27/1940   SOC SEC #                    DOB
MARITAL STATUS    NOT DISCLOSED                    DEPENDENTS

                                        CREDITORS
                                                                                           REQ
WELLS FARGO BANK NV NA    ,                                                        888-667-6059
WELLS FARGO HM MORTGAG 7495 NEW HORIZON WAY, FREDERICK, MD 21703                   800-262-5294
WELLSFARGO            3476 STATEVIEW BLVD, FORT MILL SC 29715                      800-262-5294 mtg
WELSHMOTV            4455 ARROWSWEST DRIVE, COLORADO SPRINGS, CO 80907             888-667-6059
                                                                                     seenote
WF/WB            POB 3117, WINSTON SALEM, NC 27102                                 336-747-8025
WFHM             POB 3117, WINSTON SALEM, NC 27102                                 800-262-5294

                                        DISCLAIMER

An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically
calculated as a percentage of the account balance.

This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may
include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the
item, or to the appropriate repository service contact(s) listed below.

          EXPERIAN                      TRANSUNION                   EQUIFAX
          PO BOX 2002                   PO BOX 1000                  PO BOX 740241
          ALLEN, TX 75013               CHESTER, PA 19022            ATLANTA, GA 30374
          888-397-3742                  800-888-4213                 800-685-1111
          www.experian.com/reportaccess  transunion.com/myoptions   www.equifax.com/cra

                        *** END OF REPORT 10/11/2014 9:08:37 AM ***

FCRA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER;
                    P=PARTICIPANT; S=CO-SIGNER

          CREDIT PLUS: 31550 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 746-3498 (F) (800) 263-3227

Credit Report                                                                Page 2 of 15

| FILE # | 28248778 | FNMA # | DATE COMPLETED 10/11/2014 | RQD' BY | THOMAS |
| SEND TO | FINANCE USA CORPOR - 10029137 | | DATE ORDERED 10/11/2014 | | WOODWARD |
| | 6924 C LITTLE RIVER TURNPIKE | | REPOSITORIES XP/TU/EF | PRPD' BY | |
| | ANNANDALE, VA 22003 | | PRICE $13.27 | LOAN TYPE | |
| | | | REF. # 20141011002 | | |

PROPERTY ADDRESS

| | APPLICANT | | | CO-APPLICANT |
| APPLICANT | TAMAYO, SAMUEL | | CO-APPLICANT | |
| SOC SEC # | 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  DOB 3/27/1943 | | SOC SEC # | DOB |
| MARITAL STATUS | NOT DISCLOSED | | DEPENDENTS | |

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | NO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| | | 5029350011081218 | | 08/14 | EDU | 080 $25 | | | | | | XP/TU/EF |
| A | B | CITI 542418119111S AUTHORIZED USER | 10/14 | 05/11 10/14 | $10400 REV | $3427 MIN $61 | $0 | 41 | 0 | 0 | 0 | R1 XP/TU/EF |
| B | B | CAP ONE 411507975773 Late Dates: 3/14-120, 8/14-90, 7/14-60, 6/14-30 BUSINESS CREDIT CARD - REVOLVING TERMS | 09/14 | 04/06 04/14 | $2500 REV | $3133 MIN $107 | $558 | 84 | 1 | 1 | 2 | R6 XP/TU/EF |
| B | B | SRY/CSNA 7001062405109129 | 10/14 | 12/12 09/14 | $2700 REV | $1029 MIN $25 | $0 | 12 | 0 | 0 | 0 | R1 XP/TU/EF |
| B | B | CHASE 412108310080 | 10/14 | 03/99 09/14 | $25000 REV | $368 MIN $25 | $0 | 99 | 0 | 0 | 0 | R1 XP/TU/EF |
| B | B | CHASE 426684129310 | 09/14 | 01/07 09/14 | $500 REV | $208 MIN $10 | $0 | 92 | 0 | 0 | 0 | R1 XP/TU/EF |
| J | B | DISCOVER FIN SVCS LL 601100029023 | 10/14 | 05/96 05/14 | $12300 REV | $49 $35 | $0 | 99 | 0 | 0 | 0 | R1 XP/TU/EF |
| B | B | BK OF AMER 60145460 ACCOUNT CLOSED DUE TO REFINANCE; CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | 10/07 | 08/04 10/07 | $60000 MTG | 060 $0 | $0 | 06 | 0 | 0 | 0 | M1 XP/TU/EF |
| B | B | BK OF AMER 155269021 ACCOUNT CLOSED DUE TO REFINANCE; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | 10/07 | 01/07 10/07 | $40192 MTG | $0 | $0 | 7 | 0 | 0 | 0 | M1 XP/TU/EF |
| B | B | BK OF AMER 180693537 TRANSFERRED TO ANOTHER LENDER; CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | 12/11 | 10/07 11/11 | $85000 MTG | 060 $0 | $0 | 47 | 0 | 0 | 0 | M1 XP/TU/EF |
| J | B | BK OF AMER 59425179 CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | 11/05 | 07/04 10/05 | $144000 MTG | 360 $0 | $0 | 14 | 0 | 0 | 0 | M1 XP/TU/EF |
| B | B | CAP ONE 489256257410 ACCOUNT CLOSED AT CONSUMER'S REQUEST | 09/13 | 07/06 07/06 | $1900 REV | $0 | $0 | 92 | 0 | 0 | 0 | R1 EF |
| B | B | CAP1/BSTBY | 09/14 | 12/12 | $2700 | $0 | $0 | 9 | 0 | 0 | 0 | R1 |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

file:///C:/Users/Thomas/AppData/Roaming/Calyx%20Software/Point/Work/ee25919/.acb...  10/11/2014

# CREDIT PLUS

**CREDIT REPORT**
*Add Product*

| | |
|---|---|
| FILE # | 28248773   ENMA # |
| SEND TO | FINANCE USA CORPOR - 10028187 |
| | 5924 C LITTLE RIVER TURNPIKE |
| | ANNANDALE, VA 22003 |

| | |
|---|---|
| DATE COMPLETED | 10/11/2014  RQD' BY  THOMAS |
| DATE ORDERED | 10/11/2014  WOODWARD |
| REPOSITORIES | XP/TU/EF  PRPD' BY |
| PRICE | $13.27  LOAN TYPE |
| REF. # | 20141011002 |

PROPERTY ADDRESS

| | | |
|---|---|---|
| | APPLICANT | CO-APPLICANT |
| APPLICANT | TAMAYO, SAMUEL | |
| SOC SEC # | 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   DOB  3/27/1943 | CO-APPLICANT |
| MARITAL STATUS | NOT DISCLOSED | SOC SEC #   DOB |
| | | DEPENDENTS |
| CURRENT ADDRESS | 7415 NORTHROP ROAD, ALEXANDRIA, VA 22306 | LENGTH |
| PREVIOUS ADDRESS | | LENGTH |

SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - SAMUEL TAMAYO - 148701119
SCORE: 572
00039 - SERIOUS DELINQUENCY
00010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00034 - AMOUNT OWED ON DELINQUENT ACCOUNTS

TRANSUNION/FICO CLASSIC (04) - SAMUEL TAMAYO - 148701119
SCORE: 616
039 - SERIOUS DELINQUENCY
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
026 - TOO MANY ACCOUNTS WITH BALANCES
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - SAMUEL TAMAYO - 148701119
SCORE: 608
38 - SERIOUS DELINQUENCY
13 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
21 - AMOUNT PAST DUE ON ACCOUNTS
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
00 - TOO MANY INQUIRIES LAST 12 MONTHS

| ECOA | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT / LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J  B | WELLS FARGO HM MORTG 708013450[illegible] | 10/14 | 05/09 / 03/14 | $298140 / MTG | $203083 / 360 $2022 | 38 | 82 | 0 | 0 | 0 | M1 / XP/TU/EF |
| | FHA REAL ESTATE LOAN | | | | | | | | | | |
| B  B | M & T BANK 703905782[illegible] | 10/14 | 10/07 / 05/14 | $96500 / MTG | $75717 / 360 $311 | 38 | 82 | 0 | 0 | 0 | M1 / XP/TU/EF |
| | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST; FREDDIE MAC ACCOUNT | | | | | | | | | | |
| J  B | TOYOTA MOTOR CREDIT 70403165036500001 | 09/14 | 08/14 / 09/14 | $29662 / AUTO | $29042 / 060 $493 | 38 | 4 | 0 | 0 | 0 | I1 / XP/TU/EF |
| J  B | TOYOTA MOTOR CREDIT 70403165221500001 | 09/14 | 09/13 / 09/14 | $19170 / AUTO | $17211 / 094 $[illegible] | 38 | 13 | 0 | 0 | 0 | I1 / XP/TU/EF |
| J  B | SALLIE MAE | 09/14 | 01/14 | $3000 | $6028 | 32 | 8 | 0 | 0 | 0 | I1 |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PKWY., SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287
[small print illegible]

Credit Report                                                                Page 5 of 15

| FILE # | 26246778 | FNMA # | | DATE COMPLETED 10/11/2014 | RQD' BY | THOMAS |
|---|---|---|---|---|---|---|
| SEND TO | FINANCE USA CORPOR - 10029187 | | | DATE ORDERED 10/11/2014 | | WOODWARD |
| | 6924 C LITTLE RIVER TURNPIKE | | | REPOSITORIES XP/TU/EF | PRPD' BY | |
| | ANNANDALE, VA 22003 | | | PRICE $13.27 | LOAN TYPE | |
| | | | | REF. # 20141011092 | | |

PROPERTY ADDRESS

|  | APPLICANT | | CO-APPLICANT |
|---|---|---|---|
| APPLICANT | TAMAYO, SAMUEL | | |
| SOC SEC # | 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    DOB  3/27/1943 | CO-APPLICANT | |
| MARITAL STATUS | NOT DISCLOSED | SOC SEC # | DOB |
| | | DEPENDENTS | |

CREDIT

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPEN L/ACT2 | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| | | 160500-2403105129 | | 05/13 | REV | $0 | | | | | | APP/TU/EF |
| | | PURCHASED BY ANOTHER LENDER, ACCOUNT CLOSED | | | | | | | | | | |
| B | B | HY CITE/ROYAL PRESTI | 09/13 | 08/11 | $1109 | $0 | $0 | 26 | 0 | 0 | I1 | |
| | | 231296320 | | 09/13 | INST | UNK $0 | | | | | | XP/TU/EF |
| | | INSTALLMENT SALES CONTRACT | | | | | | | | | | |
| B | B | MORTGAGE IT | 01/06 | 10/05 | $162400 | $0 | $0 | 01 | 0 | 0 | 0 | M1 |
| | | 7130d5116 | | 12/05 | MTG | 360 $0 | | | | | | XP/TU/EF |
| | | TRANSFERRED TO ANOTHER LENDER, CONVENTIONAL REAL ESTATE MORTGAGE | | | | | | | | | | |
| B | B | CHEVY/E BANK | 06/03 | 10/05 | $192400 | $0 | $0 | 27 | 0 | 0 | 0 | M1 |
| | | 0030001495/02 | | 04/06 | MTG | 360 $0 | | | | | | XP/TU/EF |
| | | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | | | | | | | |
| S | B | SYNCB/LOW | 09/14 | 07/02 | $204 | $0 | $0 | 48 | 0 | 0 | 0 | R1 |
| | | 7051203470E7 | | 09/07 | REV | $0 | | | | | | XP/TU/EF |
| | | CLOSED | | | | | | | | | | |
| B | B | SYNCB/TJX | 09/14 | 12/10 | $500 | $0 | $0 | 45 | 0 | 0 | 0 | R1 |
| | | 6010595001106220G | | -/-- | REV | $0 | | | | | | XP/TU/EF |
| | | CLOSED | | | | | | | | | | |
| J | B | SYNCB/WALMAR | 09/14 | 08/04 | $3599 | $0 | $0 | 48 | 0 | 0 | 0 | R1 |
| | | 603220730067 | | 11/05 | REV | $0 | | | | | | XP/TU/EF |
| | | CLOSED | | | | | | | | | | |
| B | B | SYNCB/WALMART | 09/14 | 09/14 | $400 | $0 | $0 | 3 | 0 | 0 | 0 | R1 |
| | | 603220166067 | | 09/14 | REV | $0 | | | | | | XP/TU/EF |
| J | B | TD AUTO FINANCE | 05/05 | 08/01 | $20254 | $0 | $0 | 46 | 0 | 0 | 0 | I1 |
| | | 1014713931 | | 05/04 | AUTO | 060 $0 | | | | | | XP/EF |
| B | B | THD/CBNA | 09/14 | 07/05 | $2501 | $0 | $0 | 48 | 1 | 0 | 0 | INACTIVE |
| | | A635320144478672 | | 11/10 | REV | $0 | | | | | | XP/TU/EF |
| | | Late Dates: 10/10-30 | | | | | | | | | | |
| | | INACTIVE ACCOUNT | | | | | | | | | | |
| S | B | WACH/BL | 10/05 | 04/04 | $73372 | $0 | $0 | 19 | 0 | 0 | 0 | M1 |
| | | 0507010001200021 | | 10/05 | MTG | 120 $0 | | | | | | XP/TU/EF |
| | | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | | | | | | | |
| S | B | WACH/BL | 05/05 | 04/06 | $20411 | $0 | $0 | 26 | 0 | 0 | 0 | M1 |
| | | 0507010000905213 | | 05/06 | MTG | 060 $0 | | | | | | XP/TU/EF |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER;
P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31960 WINTERPLACE PKWY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-3287

Credit Report

FILE #          28248778          FNMA #              DATE COMPLETED 10/11/2014    RQD' BY    THOMAS
SEND TO         FINANCE USA CORPOR - 10029187          DATE ORDERED   10/11/2014              WOODWARD
                6924 C LITTLE RIVER TURNPIKE            REPOSITORIES   XP/TU/EF    PRPD' BY
                ANNANDALE, VA 22003                     PRICE          $13.27      LOAN TYPE
                                                        REF. #         20141011002

PROPERTY ADDRESS

                         APPLICANT                                      CO-APPLICANT
APPLICANT         TAMAYO, SAMUEL
SOC SEC #         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    DOB  3/27/1949         CO-APPLICANT
MARITAL STATUS    NOT DISCLOSED                         SOC SEC #                            DOB
                                                        DEPENDENTS

| ECOA | CREDITOR | DATE REPORTED | DATE OPENED / OLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | HOME IMPROVEMENT LOAN | | | | | | | | | | |
| B 3 | WELLS FARGO BANK NV 55465401861229301 | 12/05 | 07/04 11/05 | $27000 MTG | $0 $0 | $0 | 14 | 0 | 0 | 0 | M1 XP/TU/EF |
| | HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |
| J 3 | WELLS FARGO HM MORTG 708006738S044 | 06/09 | 10/08 05/09 | $263863 MTG | $0 360.50 | $0 | 5 | 0 | 0 | 0 | M1 XP/TU/EF |
| | FHA REAL ESTATE LOAN | | | | | | | | | | |
| B 3 | WFHM 436654011709563 | 06/07 | 04/04 10/05 | $72000 MTG | $0 $0 | $0 | 39 | 0 | 0 | 0 | M1 XP/TU/EF |
| | ACCOUNT CLOSED AT CONSUMER'S REQUEST; HOME EQUITY LINE OF CREDIT - REVOLVING TERMS | | | | | | | | | | |

COLLECTION ACCOUNTS
*** NONE ***
OTHER CREDIT HISTORY
*** NONE ***
INQUIRIES (LAST 120 DAYS)

TU       6    05/02/14    SXYCORMADMKT              CREDIT CARD/TRAVEL
XP       8    06/14/14    TOYOTA MOTOR CREDIT       FINANCE
XP/TU    6    05/14/14    DCH CREDIT/ALEXANDRIA     AUTOMOTIVE
EF       3    06/14/14    ALEX TOY                  AUTOMOTIVE
EF       3    05/14/14    TU3                       FINANCE

PUBLIC RECORDS
*** NONE ***
TRADE SUMMARY

|  | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 13 | 338805 | 373140 | 2933 | 0 |
| AUTO | 3 | 46573 | 49932 | 733 | 0 |
| EDUCATION | 1 | 8026 | 8000 | 25 | 0 |
| OTHER INSTALLMENT | 1 | 0 | 0 | 0 | 0 |
| OPEN | 0 | 0 | 0 | 0 | 0 |
| REVOLVING | 13 | 8242 | 50800 | 293 | 558 |
| OTHER | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 31 | 399645 | 481872 | 3689 | 558 |

SECURED DEBT    384573    OLDEST TRADELINE    06/24
UNSECURED DEBT  14073     DEROG HIGH CREDIT   99%
DEROGATORY SUMMARY
CHARGE OFFS:  0    30 DAYS:  2    INQUIRIES:  0

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER;
P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS, 31000 WINTERPLACE PKWY, SALISBURY, MD 21804 (410) 334-1409 (1/800) 258-3247

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FILE # | 28248778 | FNMA # | | DATE COMPLETED | 10/11/2014 | RQD' BY | THOMAS WOODWARD |
| SEND TO | FINANCE USA CORPOR - 15029187<br>5924 C LITTLE RIVER TURNPIKE<br>ANNANDALE, VA 22003 | | | DATE ORDERED | 10/11/2014 | | |
| | | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | | | PRICE | $13 27 | LOAN TYPE | |
| | | | | REF. # | 20141011002 | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | TAMAYO, SAMUEL | | | CO-APPLICANT | | | |
| SOC SEC # | 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 | DOB | 3/27/1943 | SOC SEC # | | DOB | |
| MARITAL STATUS | NOT DISCLOSED | | | DEPENDENTS | | | |

DEROGATORY SUMMARY

| | | | | |
|---|---|---|---|---|
| COLLECTIONS: | 0 | 60 DAYS: | 1 | MOST RECENT LATE: 09/14 |
| BANKRUPTCY: | 0 | 90 DAYS: | 1 | |
| PUBLIC RECORDS: | 0 | OTHER: | 1 | |

ALERT

1 - SAMUEL TAMAYO YOB: 1943
EXPERIAN OFAC NAME MATCHING SERVICE: NO MATCH FOUND UNLESS OTHERWISE INDICATED

MISCELLANEOUS INFORMATION

- Instant View Password: AV-9A69CB
- To verify the authenticity of this credit report, please visit https://credit.creditplus.com and click on the Instant View link. Enter report number 28248778 and password AV-9A69CB to view this report. For any inquiries regarding this report or services provided by CREDIT PLUS please contact us at (800) 258-3488.

SOURCE OF INFORMATION

1 EXPERIAN - PULLED ON: 10/11/14
NAME: SAMUEL TAMAYO 148701119 DOB: 03/27/43
NAME: SAMUEL TAMAILLO 148701119 DOB: N/A
SSN: 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
ADDRESS: 6175 W 20TH AVE, HIALEAH, FL 33012-7591 - REPORTED 10/04 - 01/14
ADDRESS: 7415 NORTHROP RD, ALEXANDRIA, VA 22306-2200 - REPORTED 01/09 - 10/10
ADDRESS: 7970 AUDUBON AVE, ALEXANDRIA, VA 22306-7907 - REPORTED 01/97 - 12/10
EMPLOYER: PARTS AUTHORITY// - REPORTED 09/14
EMPLOYER: EARLS DISCOUNT AUOT PARTS// - REPORTED 05/08

2 TRANSUNION - PULLED ON: 10/11/14 - INFILE DATE: 11/01/82
NAME: SAMUEL TAMAYO
NAME: DOB: 03/27/43
SSN: 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
ADDRESS: 7415 NORTHROP RD, ALEXANDRIA, VA 22306 - REPORTED 01/09
ADDRESS: 7970 AUDUBON AV #2, ALEXANDRIA, VA 22306 - REPORTED 01/05
ADDRESS: 6175 W 20TH AV #308, HIALEAH, FL 33012
EMPLOYER: PARTS AUTHORITY INC/SALES COMMISSIONED OR/ - REPORTED 05/08
EMPLOYER: EARL DISCOUNT//

3 EQUIFAX - PULLED ON: 10/11/14 - INFILE DATE: 11/22/84
NAME: SAMUEL TAMAYO DOB: 03/27/43
NAME: SAMUEL TAMAILLO
SSN: 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
ADDRESS: 7415 NORTHROP RD, ALEXANDRIA, VA 22306 - REPORTED 01/09 - 10/14
ADDRESS: 6175 W 20TH AVE APT 308, HIALEAH, FL 33012 - REPORTED 04/09 - 10/14
ADDRESS: 3406 ANKER ST, ALEXANDRIA, VA 22305 - REPORTED 07/08 - 11/10
EMPLOYER: PARTS AUTHORITY/COUNTER PERSON/
EMPLOYER: PARKS AUTHORITY INC/SALES ASSOCIATE/
EMPLOYER: CHRISTIANS AUTO PARTS/MGR/WASH, DC

CREDITORS

| | | |
|---|---|---|
| 700 CREDIT/ALEXANDRIA | 3750 JEFFERSON DAVIS HWY, ALEXANDRIA, VA 22305 | 703-684-0700 |
| ALEXANDRIA T | 3750 JEFFERSON DAV, ALEXANDRIA, VA 22305 | 703-684-0700 |
| BANK OF AMERICA, N A | 400 COUNTRYWIDE WAY, SIMI VALLEY, CA 93065 | 800-669-6607 |
| BANKCREDE | . | |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

Case 1:14-cv-24648-DPG   Document 1   Entered on FLSD Docket 12/09/2014   Page 18 of 18

Credit Report                                                                 Page 6 of 15

| FILE # | 28243778 | FNMA # | DATE COMPLETED 10/11/2014 | ROD' BY | THOMAS |
|--------|----------|--------|---------------------------|---------|--------|
| SEND TO | FINANCE USA CORPOR - 10029187 | | DATE ORDERED   10/11/2014 | | WOODWARD |
| | 6924 C LITTLE RIVER TURNPIKE | | REPOSITORIES   XP/TU/EF | PREP'D BY | |
| | ANNANDALE, VA 22003 | | PRICE          $13.27 | LOAN TYPE | |
| | | | REF. #         20141011002 | | |

PROPERTY ADDRESS

|  | APPLICANT | | CO-APPLICANT | |
|--|-----------|-|--------------|-|
| APPLICANT | TAMAYO, SAMUEL | | CO-APPLICANT | |
| SOC SEC # | 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    DOB  3/27/1943 | | SOC SEC # | DOB |
| MARITAL STATUS | NOT DISCLOSED | | DEPENDENTS | |

CREDITORS

| BBY/CBNA | 50 NORTHWEST POINT ROAD, ELK GROVE VILLAGE, IL 60007 | 0#888-574-1301 |
|---|---|---|
| BK OF AMER | | 800-669-6907 |
| CAP 1 BANK | | 800-955-7070 |
| CAP1/BGTBY | PO BOX 30250, SALT LAKE CITY, UT 84130 | 800-365-0292 |
| CAPITAL 1 BK | 11013 W BROAD ST, GLEN ALLEN VA 23060 | 800-955-7070 |
| CAPITAL ONE BANK | PO BOX 35003, RICHMOND VA 23285 | 800-955-7070 |
| CHASE | 201 N WALNUT ST, WILMINGTON, DE 19801 | 800-955-9900 |
| CHRYSLER | ADDRESS NOT AVAILABLE, ATLANTA GA 30303 | 800-561-5805 |
| CITI | PO BOX 6241, SIOUX FALLS SD 57117 | 800-950-5114 |
| CITI CARDS CBSDNA | POB 6241, SIOUX FALLS, SD 57117 | 800-843-0777 |
| Credit Plus | 31550 Winter Place Parkway, SALISBURY, MD 21801 | 800-258-3488 |
| DISCOVER FINANCIAL SERVI | POB 15316, WILMINGTON, DE 19850 | 800-347-2683 |
| DISCOVER FINANCIAL SVC | PO BOX 15316, WILMINGTON, DE 19850 | 800-347-2683 cds svc |
| DISCOVR CO | PO BOX 15316, WILMINGTON DE 19850 | 800-347-3342 |
| GECRB/LOWES | | 800-444-1409 |
| GEMB/LOWES | PO BOX 103150, ROSWELL GA 30076 | 800-444-1408 |
| GEMB/WALMART | | 800-957-0332 |
| gold mortgage | 450 AMERICAN ST, SIM, VALLEY CA 93065 | 800-669-6907 |
| INDYMAC BANK MTG | 6900 BEATRICE DR , KALAMAZOO MI 49009 | 800-731-7069 |
| INDYMAC BK | PO BOX 4045, KALAMAZOO, MI 49003 | 800-731-7399 |
| M & T BANK | 1 FOUNTAIN PLZ, BUFFALO, NY 14203 | 800-724-2224 |
| M&T MORT CRP | POB 767-6, BUFFALO, NY 14240 | 800-724-2224 |
| MANUFACTURERS & TRAD MT | 1100 WEHRLE DRIVE, BUFFALO, NY 14240 | 800-479-1992 |
| MORTGAGE IT | PO BOX 205, WATERLOO, IA 50704 | 866-847-9504 |
| ONEWEST BANK | 6900 BEATRICE FSB, KALAMAZOO, MI 49009 | 800-731-7399 |
| SYNCB/TJX | PO BOX 965015, ORLANDO, FL 32896 | 800-926-6299 |
| SYNCB/TJX CDS | PO BOX 965005, ORLANDO, FL 32896 | 800-926-8200 |
| SYNCB/WALMART | PO BOX 965024, ORLANDO, FL 32896 | 877-294-7880 |
| TD AUTO FINANCE | PO BOX 9223, FARMINGTON HILLS, MI 48333 | 800-955-9096 |
| THD/CBSD | PO BOX 9714 (home depot), GRAY TN 37615 | 800-677-0232 |
| THD/CBSUSA | CGS GRAY OPS CENTER, GRAY TN 37615 | 800-388-4142 |
| TOYOTA FINANCIAL SER | 2025 DULLES CORNER ROAD #800, HERNDON, VA 20171 | 800-874-8822 |
| TOYOTA MOTOR CREDIT | 2025 DULLES CORNER RD #9, HERNDON, VA 20171 | BYMAILONLY |
| TOYOTA MTR | 3875 FAIR RIDGE #9, FAIRFAX, VA 22003 | 703-934-7200 |
| WACHOVIA BANK, NA/F | P.O. BOX 2117 FAX # 336 747-8325, WINSTON-SALEM, NC 27102 | 800-249-9369 |
| WACHOVIA BANK NA/FU | CONS-12, CHARLOTTE NC 28288 | 844-472-0525 |
| WACHO | | 800-439-3557 |
| WELLS FARGO | PO BOX 10438, DES MOINES, IA 50306 | 866-867-6359 |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER;
P=PARTICIPANT; S=CO-SIGNER